UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
BRICKLAYERS INSURANCE AND WELFARE
FUND, BRICKLAYERS PENSION FUND,
BRICKLAYERS SUPPLEMENTAL ANNUITY
FUND, BRICKLAYERS AND TROWEL TRADES
INTERNATIONAL PENSION FUND, NEW YORK
CITY AND LONG ISLAND JOINT
APPRENTICESHIP AND TRAINING FUND,
INTERNATIONAL MASONRY INSTITUTE, and
JEREMIAH SULLIVAN, JR., in his fiduciary capacity
as Administrator, and BRICKLAYERS LOCAL 1,
INTERNATIONAL UNION OF BRICKLAYERS AND
ALLIED CRAFT WORKERS,

CV-12-2314 (JG)(RLM)

                              Plaintiffs,

     - against -

KENNETH LASALA,
MARK LASALA,
KENNETH LASALA, JR.,
LIBERTY MUTUAL INSURANCE COMPANY,
PLAZA CONSTRUCTION COMPANY, and
TOWN HOLDING CORP.,
                             Defendants.
----------------------------------------X

### STIPULATION EXTENDING TIME TO ANSWER

     IT IS HEREBY STIPULATED AND AGREED that the time within which defendants Liberty Mutual Insurance Company and Plaza Construction Company may appear, answer or otherwise respond to the First Amended Complaint is extended to and including December 13, 2012 (since the Court has stayed proceedings to allow the Town Defendants to retain new

209283 2

1

counsel and due to the possible filing of a further amended complaint).

Dated: November 19, 2012

DOAR RIECK KALEY & MACK

By: /s/ James I. Wasserman
    James I. Wasserman
*Attorneys for Plaintiffs*
217 Broadway, Suite 707
New York, New York 10007
212-619-3730

TORRE, LENTZ, GAMELL, GARY
   & RITTMASTER, LLP

By: /s/ Robert Beau Leonard
    Robert Beau Leonard
*Attorneys for Defendant Liberty Mutual Insurance Company*
100 Jericho Quadrangle, Suite 309
Jericho, New York 11753
516-240-8900

LEVY, TOLMAN & COSTELLO, LLP

BY: /s/ Alan Levy
    Alan Levy
*Attorneys for Defendant Plaza Construction Corp.
    s/h/a Plaza Construction Company*
630 Third Avenue
New York, New York 10017
212-949-8770

209283 2

2