**EXHIBIT C**



MASPETH CAMPUS – 585Q
NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY
30-30 THOMSON AVENUE
LONG ISLAND CITY, NEW YORK 11101

TRADE SUBCONTRACT
"MASONRY WORK"

TOWN MASONRY
711 SOUTH COLUMBUS AVENUE
MOUNT VERNON, NEW YORK 10550

SUBMITTED TO: TOWN MASONRY
THOMAS BARRY, JR.

SUBMITTED BY: PLAZA CONSTRUCTION CORP.
MICHAEL J. GABBAY

DATE: JULY 1, 2009



EXHIBIT
Plaza
1
2/12/14



# PLAZA
## CONSTRUCTION CORPORATION

---

Spring Creek High School
NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY
30-30 THOMSON AVENUE
LONG ISLAND CITY, NEW YORK 11101

Trade Subcontract
"Masonry/Glass Block/Cast Stone Work"

Town Masonry Corp.
711 South Columbus Avenue
Mount Vernon, New York 10550

---

Submitted To: Town Masonry Corp.
Ken Lasala

Submitted By: Plaza Construction Corp.
Michael J. Gabbay

Date: September 16, 2009



EXHIBIT
Plaza
2
2/12/14 88