UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

BRICKLAYERS INSURANCE AND WELFARE FUND, BRICKLAYERS PENSION FUND, BRICKLAYERS SUPPLEMENTAL ANNUITY FUND, BRICKLAYERS AND TROWEL TRADES INTERNATIONAL PENSION FUND, NEW YORK CITY AND LONG ISLAND JOINT APPRENTICESHIP AND TRAINING FUND, INTERNATIONAL MASONRY INSTITUTE, and JEREMIAH SULLIVAN, JR., in his fiduciary capacity as Administrator, BRICKLAYERS LOCAL 1, INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFT WORKERS,

      Plaintiffs,

- against -

KENNETH LASALA, MARK LASALA, KENNETH LASALA, JR., LIBERTY MUTUAL INSURANCE COMPANY and PLAZA CONSTRUCTION COMPANY,

      Defendants.

12 CV 2314 (JG)

NOTICE OF **APPEARANCE**

---

  **PLEASE TAKE NOTICE** that the undersigned hereby appears in this action as co-counsel on behalf of plaintiffs and requests that all papers in this proceeding be served upon him at his address listed below.

Dated: New York, New York
   August 16, 2016

        DOAR RIECK KALEY & MACK

        _____/s/_____
        Attorneys for Plaintiffs
        217 Broadway, Suite 707
        New York, New York 10007
        Phone: (212) 619-3730
        Fax: (212) 962-5037
        By: Joel A. Siegel, Esq., Of Counsel