UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
BRICKLAYERS INSURANCE AND
WELFARE FUND, BRICKLAYERS
PENSION FUND, BRICKLAYERS
SUPPLEMENTAL ANNUITY FUND,
BRICKLAYERS and TROWEL
TRADES INTERNATIONAL PENSION
FUND, NEW YORK CITY AND LONG
ISLAND JOINT APPRENTICESHIP
AND TRAINING FUND,
INTERNATIONAL MASONRY
INSTITUTE, and JEREMIAH
SULLIVAN, JR., in his fiduciary
capacity as Administrator,
BRICKLAYERS LOCAL 1,
INTERNATIONAL UNION OF
BRICKLAYERS AND ALLIED CRAFT
WORKERS,

**ORDER**
Case No. 12-CV-2314(FB)(RM)

               Plaintiffs,

  -against-

KENNETH LASALA, MARK
LASALA, KENNETH LASALA, JR.,
LIBERTY MUTUAL INSURANCE
COMPANY and PLAZA
CONSTRUCTION COMPANY,

               Defendants.
-------------------------------------------------x

**BLOCK, Senior District Judge:**

     The Court having granted the plaintiffs' motion to enforce the judgment, it is hereby ordered as follows:

1. The transfer of Kenneth A. LaSala's interest in MH Partners LLC to the LaSala Family 2012 Trust is declared fraudulent as to the plaintiffs and is, accordingly, set aside and voided for purposes of satisfying the judgment in this action.

2. The transfer of Mark LaSala's interest in MH Partners LLC to the Mark LaSala 2012 Family Trust is declared fraudulent as to the plaintiffs and is, accordingly, set aside and voided for purposes of satisfying the judgment in this action.

3. The transfer of Kenneth LaSala, Jr.'s interest in MH Partners LLC to the Kenneth LaSala, Jr., 2012 Family Trust is declared fraudulent as to the plaintiffs and is, accordingly, set aside and voided for purposes of satisfying the judgment in this action.

4. Kenneth A. LaSala, Mark LaSala and Kenneth LaSala, Jr., shall not make or cause to be made any sale, transfer or other disposition of their respective interests in MH Partners LLC except as directed by the Court.

5. MH Partners LLC shall pay to the plaintiffs all monies and indebtedness—including, but not limited to, member distributions—currently owed to Kenneth A. LaSala, Mark LaSala or Kenneth LaSala, Jr.

6. Until the judgment is satisfied or the Court directs otherwise, MH Partners LLC shall pay to the plaintiffs all monies and indebtedness—including, but not limited to, member distributions—that shall be owed to Kenneth A. LaSala, Mark LaSala or Kenneth LaSala, Jr., as such monies or indebtedness come due.

7. MH Partners LLC, Kenneth A. LaSala, Mark LaSala or Kenneth LaSala, Jr., shall execute any documents necessary to effectuate payment to the plaintiffs, and shall not make or cause to be made any sale, transfer or other disposition of the monies and indebtedness referred to in paragraphs 5 and 6 except as directed by the Court.

This order is without prejudice to the plaintiffs' rights to seek further execution of the judgment, further discovery in aid of execution, and attorney's

fees and costs. Future discovery requests should be directed to the assigned magistrate judge.

**SO ORDERED.**

/S/ Frederic Block_____
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
March 6, 2018