UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRICKLAYERS INSURANCE AND WELFARE FUND, BRICKLAYERS PENSION FUND, BRICKLAYERS SUPPLEMENTAL ANNUITY FUND, BRICKLAYERS AND TROWEL TRADES INTERNATIONAL PENSION FUND, NEW YORK CITY AND LONG ISLAND JOINT APPRENTICESHIP AND TRAINING FUND, INTERNATIONAL MASONRY INSTITUTE, and JEREMIAH SULLIVAN, JR., in his fiduciary capacity as Administrator, BRICKLAYERS LOCAL 1, INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFT WORKERS,<br><br>       Plaintiffs,<br><br> - against -<br><br>KENNETH LASALA, MARK LASALA, KENNETH LASALA, JR., LIBERTY MUTUAL INSURANCE COMPANY and PLAZA CONSTRUCTION COMPANY,<br><br>       Defendants. | **CONSENT ORDER**<br>12 CV 2314 (FB) |

1. From the $415,763.22 now on deposit with the Court from defendants Kenneth LaSala and Mark LaSala in this action, the Clerk is hereby directed to pay:

    (a) $138,587.74 payable to Bricklayers Fringe Benefit Funds, which shall be applied toward partial satisfaction of their judgment in this action against Kenneth LaSala and Mark LaSala; and,

    (b) $277,175.48 payable to the "U.S. Dept. of Justice" with the case number appearing somewhere on the check, which shall be applied toward partial satisfaction of the federal tax liens against Kenneth LaSala and/or Mark LaSala.

**SO ORDERED.**

       /s/ Roanne L. Mann

Brooklyn, New York
December 10, 2021

The undersigned hereby consent to the within form of Order:

      /s/ Joel A. Siegel
      Doar Rieck Kaley & Mack
      Attorneys for Plaintiffs
      217 Broadway, Suite 707
      New York, NY 10007
      (212) 619-3730
      By Joel A. Siegel, Esq., Of Counsel

      DAVID A. HUBBERT
      Principal Deputy Assistant Attorney General
      Tax Division, U.S. Department of Justice

      */s/ Ali Gadelhak*
      ALI GADELHAK
      Trial Attorney, Tax Division
      U.S. Department of Justice

Of Counsel:      P.O. Box 55
      Washington, D.C.  20044
BREON PEACE      (202) 307-0854
United States Attorney for the
Eastern District of New York